No. 67825.—Excelsior Accordions, Inc. *v.* United States, protests 59/26503, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiff was sustained.

No. 67826.—The Wing On Company and W. J. Byrnes & Company et al. *v.* United States, protests 61/16678, etc. (San Francisco).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of brass lotus flower holders similar in all material respects to those the subject of *Wing On Co. et al.* v. *United States* (47 Cust. Ct. 122, C.D. 2291), the claim of the plaintiffs was sustained.

No. 67827.—Moskatel's, Inc. *v.* United States, protest 61/17221 (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of plastic butterflies similar in use to butterflies made wholly or in chief value of cellulose acetate, not artificial flowers, etc., or parts thereof, or articles made wholly or in chief value thereof, the claim of the plaintiff was sustained.